IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01266-BNB

DANIEL DESHAWN LANE,

    Plaintiff,

v.

EL PASO COUNTY SHERIFF [sic] OFFICE DEPARTMENT [sic],

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DF      COLORADO

SEP 12 2007

GREGORY C. LANGHAM
                    CLERK

## ORDER OF DISMISSAL

Plaintiff, Daniel Deshawn Lane, appears to be a pretrial detainee who currently is confined at the El Paso County Detention Facility in Colorado Springs, Colorado. He initiated this action by filing *pro se* a civil rights complaint for money damages pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993), alleging that the defendants violated his rights under the United States Constitution. He has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006) without payment of an initial partial filing fee.

On August 1, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Lane to file within thirty days an amended complaint that sues the proper parties, that alleges each Defendant's personal participation in the asserted constitutional violations, and that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Magistrate Judge Boland warned Mr. Lane that if he failed to comply with the August 1 order within the time allowed, the complaint and the action would be

dismissed without further notice. Mr. Lane has failed within the time allowed to comply with the August 1 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to comply with the August 1, 2007, order for an amended complaint and for failure to prosecute.

DATED at Denver, Colorado, this 12 day of Sept., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01266-BNB

Daniel D. Lane
Prisoner No. A0245748
El Paso County Det. Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9-12-7

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk